PER CURIAM.
Affirmed. Pait v. State, 188 So.2d 15 (Fla. 3d DCA 1966); Ersek v. State, 238 So.2d 481 (Fla. 3d DCA 1970); Dixon v. State, 252 So.2d 594 (Fla. 3d DCA 1971); McCrae v. State, 313 So.2d 429 (Fla. 3d DCA 1975); Robinson v. State, 321 So.2d 121 (Fla. 3d DCA 1975); Crespo v. State, 339 So.2d 697 (Fla. 3d DCA 1976); Capo v. State, 363 So.2d 410 (Fla. 1st DCA 1978); North Carolina v. Alford, 400 U.S. 25, 91 S.Ct. 160, 27 L.Ed.2d 162 (1970).